MICHAEL A. VANIC, CA SBN: 073486
mike.vanic@dbr.com
JOSEPH C. FAUCHER, CA SBN: 137353
Joe.faucher@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East
Suite 1400
Los Angeles, CA 90067-1517
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Attorneys for Defendants MOTION PICTURE
INDUSTRY PENSION PLAN and MOTION
PICTURE INDUSTRY HEALTH PLAN
(incorrectly sued herein as Motion Picture Industry
Pension & Health Plans)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GORDON CAPPS,<br><br>Plaintiff,<br><br>v.<br><br>MOTION PICTURE INDUSTRY PENSION & HEALTH PLANS AND BLUE SHIELD OF CALIFORNIA,<br><br>Defendant. | Case No. 3:11-CV-04914-EDL<br><br>[PROPOSED] **ORDER IN SUPPORT OF NOTICE OF SUBSTITUTION OF COUNSEL** |

IT IS ORDERED that the Notice of Substitution of Counsel filed by Defendants MOTION PICTURE INDUSTRY PENSION PLAN and MOTION PICTURE INDUSTRY HEALTH PLAN substituting Michael A. Vanic and Joseph C. Faucher of Drinker Biddle & Reath LLP in place of Kenneth L. Dziesinski of Bragg & Kaluva are attorney of record for said Defendant be, and hereby is GRANTED:

DATED: November 28, 2011

*Elizabeth D. Laporte*
Hon. Elizabeth D. Laporte
United States Magistrate Judge

ORDER                                                                 CASE NO. 3:11-CV-04914-EDL