MICHAEL A. VANIC, CA SBN: 073486
mike.vanic@dbr.com
JOSEPH C. FAUCHER, CA SBN: 137353
Joe.faucher@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East
Suite 1400
Los Angeles, CA  90067-1517
Telephone:     (310) 203-4000
Facsimile:     (310) 229-1285

Attorneys for Defendants MOTION PICTURE INDUSTRY PENSION PLAN and MOTION PICTURE INDUSTRY HEALTH PLAN (incorrectly sued herein as Motion Picture Industry Pension & Health Plans)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GORDON CAPPS, <br><br> Plaintiff, <br><br> v. <br><br> MOTION PICTURE INDUSTRY PENSION & HEALTH PLANS AND BLUE SHIELD OF CALIFORNIA, <br><br> Defendant. | Case No. 3:11-CV-04914-EDL <br><br> [PROPOSED] ORDER IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

## ORDER

Based on the forgoing, the Court finds that good cause exists to extend the deadline for Defendants Motion Picture Industry Pension Plan and Motion Picture Industry Health Plan to respond to the Complaint to December 9, 2011 and therefore ORDERS that the date is so extended.

DATED: November 29, 2011

Hon. Elizabeth D. Laporte
United States Magistrate Judge

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER                                                                                    CASE NO. 3:11-CV-04914-EDL