1  MICHAEL A. VANIC, CA SBN: 073486
   mike.vanic@dbr.com
2  JOSEPH C. FAUCHER, CA SBN: 137353
   Joe.faucher@dbr.com
3  DRINKER BIDDLE & REATH LLP
   1800 Century Park East
4  Suite 1400
   Los Angeles, CA  90067-1517
5  Telephone:    (310) 203-4000
   Facsimile:    (310) 229-1285
6
   Attorneys for Defendants MOTION PICTURE
7  INDUSTRY PENSION PLAN and MOTION
   PICTURE INDUSTRY HEALTH PLAN
8  (incorrectly sued herein as Motion Picture Industry
   Pension & Health Plans)
9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                   SAN FRANCISCO DIVISION
12

13 | GORDON CAPPS,                           | Case No. 3:11-CV-04914-EDL
14 |         Plaintiff,                       | [PROPOSED] ORDER IN SUPPORT OF
                                              | STIPULATION TO EXTEND TIME TO
15 | v.                                       | RESPOND TO PLAINTIFF'S
                                              | COMPLAINT
16 | MOTION PICTURE INDUSTRY
   | PENSION & HEALTH PLANS AND
17 | BLUE SHIELD OF CALIFORNIA,
18 |         Defendant.

19

20                              **ORDER**

21     Based on the forgoing, the Court finds that good cause exists to extend the

22  deadline for Defendants Motion Picture Industry Pension Plan and Motion Picture

23  Industry Health Plan to respond to the Complaint to December 9, 2011 and

24  therefore ORDERS that the date is so extended.

25

26  DATED: November 29, 2011            [signature]
                                         Hon. Elizabeth D. Laporte
27                                       United States Magistrate Judge

28

DRINKER BIDDLE &
REATH LLP       ORDER                                         CASE NO. 3:11-CV-04914-EDL
ATTORNEYS AT LAW
LOS ANGELES