1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12   GORDON CAPPS,                    |    Case No. 3:11-CV-04914-EDL

13              Plaintiff,            |    [~~PROPOSED~~] ORDER APPROVING
                                           STIPULATION THAT THIS MATTER
14   v.                                    PROCEED WITH ADR BY PRIVATE
                                           MEDIATION BEFORE RALPH O.
15   MOTION PICTURE INDUSTRY               WILLIAMS III AND THAT THE NOTICE OF
     HEALTH PLAN                           APPOINTMENT OF KAREN J. KUBIN BE
16                                         VACATED
              Defendant.
17

18

19        THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING

20   THEREFOR:

21        IT IS HEREBY ORDERED that the parties shall proceed with the mediation of this action

22   before Ralph O. Williams III on April 5, 2012 in Los Angeles, California, and that the Court

23   hereby vacates the prior ADR Clerks Notice Appointing Karen J. Kubin as mediator in

24   connection with this action. [ECF No. 28].

25   DATED:  January 30, 2012

26

27                                              IT IS SO ORDERED
                                                Elizabeth D. Laporte
28                                              United States Magistrate Judge
                                                Judge Elizabeth D. Laporte

DRINKER BIDDLE &
REATH LLP          ORDER
ATTORNEYS AT LAW   LA01/ 1082331.1                          CASE NO. 3:11-CV-04914-EDL
LOS ANGELES