UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GORDON CAPPS,<br><br>    Plaintiff,<br><br>v.<br><br>MOTION PICTURE INDUSTRY HEALTH PLAN<br><br>    Defendant. | Case No. 3:11-CV-04914-EDL<br><br>**[PROPOSED] ORDER APPROVING STIPULATION THAT THIS MATTER PROCEED WITH ADR BY PRIVATE MEDIATION BEFORE RALPH O. WILLIAMS III AND THAT THE NOTICE OF APPOINTMENT OF KAREN J. KUBIN BE VACATED** |

THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED that the parties shall proceed with the mediation of this action before Ralph O. Williams III on April 5, 2012 in Los Angeles, California, and that the Court hereby vacates the prior ADR Clerks Notice Appointing Karen J. Kubin as mediator in connection with this action. [ECF No. 28].

DATED: January 30, 2012

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte
United States Magistrate Judge

ORDER
LA01/ 1082331.1

CASE NO. 3:11-CV-04914-EDL